**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 12-cv-02923-WJM

KENNETH C. SIMPSON

    Plaintiff,

v.

WELLS FARGO BANK NATIONAL ASSOCIATION

    Defendant.

_____

**ORDER OF RECUSAL**
_____

This matter is before the Court *sua sponte*. I have a financial interest in Defendant Wells Fargo Bank National Association, through ownership of shares in three mutual funds owned by a securities affiliate of said named Defendant. Accordingly, pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct for United States Judges, my recusal in this matter is obligatory.

Accordingly, I hereby RECUSE myself from presiding over this matter. The Clerk shall randomly reassign this case to another District Judge of this Court.

Dated this 7th day of November, 2012.

                                                BY THE COURT:

                                                _____
                                                William J. Martinez
                                                United States District Judge