IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  12-cv-02923-RPM

KENNETH C. SIMPSON,

        Plaintiff,

v.

WELLS FARGO BANK, N.A.,

        Defendant.

_____

ORDER OF RECUSAL
_____

        Because my wife has securities accounts with Wells Fargo Bank, NA, there is a

disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

        ORDERED that the Clerk of Court shall reassign this civil action.

        DATED:   November 8th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge