IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02923-REB-MEH

KENNETH C. SIMPSON,

    Plaintiff,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2012.**

    Pending before the Court is Plaintiff's Motion for Leave to File First Amended Complaint [filed December 17, 2012, docket #21]. The Court observes that Plaintiff's Motion comes within 21 days of Defendant's Motion to Dismiss and Supporting Brief [filed December 4, 2012; docket #18] and that Plaintiff has not yet filed an amended pleading. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff may amend his pleading once as a matter of course. Therefore, the Clerk of the Court is directed to enter Plaintiff's First Amended Verified Complaint [docket #21-1] as filed. Because Plaintiff's Motion is unnecessary in light of Rule 15, it is **denied as moot**. Defendant's Motion to Dismiss and Supporting Brief is also **denied as moot**. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)).