IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02923-REB-MEH

KENNETH C. SIMPSON,

    Plaintiff,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2013.**

    This matter comes before the Court *sua sponte*. In light of the settlement agreement reached in this case, Defendant's Motion to Dismiss Amended Complaint and Supporting Memorandum Brief [filed December 31, 2012; docket #28] is **denied as moot**.